

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

DEC 1 1 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**

Cobbler Nevada, LLC

V.

Case No. 15-CV-8444

Judge Shah

**Defendant(s)**

Does 1-14
ATS
22310 W. Taylor Rd.
Plainfield, IL 60544

Motion to Quash Subpoena

I, Ashraf Hasan/Agent for ATS, defendant in the above styled cause, hereby files the following motion to Quash Subpoena issued to Comcast Cable Communications, LLC. as set forth in the Memorandum in support attached hereto.

Dated: December 11th, 2015

Respectfully Submitted

Ashraf Hasan
Pro Se
Does 1-14

Memorandum Support

We, at ATS, "Alliance Transportation Services" have more than 11 Employees working in our offices as dispatchers, Brokers, Accounting... etc. We Can't determine who was using that specific I.P. Address on that specific time.

Respectfully Submitted

Dated: December 11th, 2015

[signature]
Pro Se
Does 1-14